**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-40193-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | PROBITY FACILITIES SOLUTIONS LLC | Date Filed (f) or Converted (c): | 01/23/2023 (f) |
| For the Period Ending: | 1/27/2024 | §341(a) Meeting Date: | 02/22/2023 |
|  |  | Claims Bar Date: |  |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Business Checking account - Chase Checking account 1 0 5 1 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Business Checking account - Chase Checking account 5 1 7 3 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Business Savings account - Chase Savings account 2 2 9 1 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Business Savings account - Chase Savings account 2 6 3 0 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | 90 days old or less $7,811.00 - $0.00 | $7,811.00 | $7,811.00 | | $0.00 | $7,811.00 |
| 6 | Over 90 days old $0.00 - $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Probity Facilities Solutions LLC 100% | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Controllers/Parts | $2,500.00 | $2,500.00 | | $0.00 | $2,500.00 |
| 9 | 12 Office desks | $3,200.00 | $3,200.00 | | $0.00 | $3,200.00 |
| 10 | 12 Office Chairs | $300.00 | $300.00 | | $0.00 | $300.00 |
| 11 | 5 Office Filing Cabinets | $125.00 | $125.00 | | $0.00 | FA |
| 12 | Misc. Office Supplies | $50.00 | $50.00 | | $0.00 | FA |
| 13 | Misc. Office Equipment | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 14 | 2019 Dodge Ram 1500 VIN 730127 (Vehicle Lease) | Unknown | $0.00 | | $0.00 | FA |
| 15 | 2021 Dodge Ram 1500 VIN 631508 (Vehicle Lease) | Unknown | $0.00 | | $0.00 | FA |
| 16 | 2017 Dodge Ram 1500 VIN 856416 (Vehicle Lease) | Unknown | $0.00 | | $0.00 | FA |
| 17 | 2021 Dodge Ram 1500 VIN 753338 Vehicle Lease | Unknown | $0.00 | | $0.00 | FA |
| 18 | Tools of Trade | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $15,986.00 | $15,986.00 | | $0.00 | $15,811.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 23-40193-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | PROBITY FACILITIES SOLUTIONS LLC | Date Filed (f) or Converted (c): | 01/23/2023 (f) |
| For the Period Ending: | 1/27/2024 | §341(a) Meeting Date: | 02/22/2023 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/27/2024 | Trustee is still in the process of reviewing the value/status of scheduled assets. |
| 01/21/2024 | Trustee is in the process of reviewing value/status of scheduled assets. Trustee has hired accountants to assist him. |
| 07/18/2023 | Trustee filed his Application to Employ Accountants to assist him in determining assets in this case. |
| 02/22/2023 | 90 days bk statements, pryor to petition |

Initial Projected Date Of Final Report (TFR): 06/30/2023    Current Projected Date Of Final Report (TFR): 12/31/2024

/s/ RODDRICK B. NEWHOUSE
RODDRICK B. NEWHOUSE